IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OMOWALE ASAHANTI SHABAZZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:13-00091 |
| | ) | JUDGE SHARP/KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| | ) | |
| DERRICK SCHOFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This matter is before the Court upon the pro se prisoner Plaintiff's "Supplemental Motion for a Temporary Restraining Order and Preliminary Injunction." Docket No. 66.

The matters raised in the instant Motion are essentially identical to those raised in Plaintiff's previously-filed "Motion for a Temporary Restraining Order and a Preliminary Injunction." Docket No. 44. The undersigned has recommended that the previous Motion be DENIED. Docket No. 204.

For the reasons set forth in the Court's referenced Report and Recommendation (Docket No. 204), the instant Motion should also be DENIED.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any

response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

                                        E. Clifton Knowles
                                        United States Magistrate Judge