**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **OMOWALE ASAHANTI SHABAZZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-00091** |
| | ) | **Judge Sharp** |
| **DERRICK SCHOFIELD,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Magistrate Judge has entered Reports and Recommendations (Docket Nos. 204 & 205) recommending the denial of Plaintiff's Motion and Supplemental Motion for a Temporary Restraining Order and a Preliminary Injunction (Docket Nos. 44 & 66) relating to the alleged interference with Plaintiff's access to the courts. Plaintiff has filed an Objection (Docket No. 219) in which he concedes that the Magistrate Judge was correct in stating that the relief requested "has nothing directly to do with Plaintiff's claims as set forth in his [Amended] Complaint," (Docket No. 204), but argues that he has since filed a motion to again amend his Complaint. That may be so, but it does not detract from the fact that the requests for injunctive relief were in the context of an Amended Complaint that alleged excessive force and the denial of medical care.

Having reviewed the matter and the recommended disposition, and having considered Plaintiff's Objection, the Reports and Recommendations (Docket Nos. 204 & 205) are hereby ACCEPTED and APPROVED, and Plaintiff's Motions for a Temporary Restraining Order or Preliminary Injunction (Docket Nos. 44 & 66) are hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE