**ORDER:**
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

RECEIVED IN CLERK'S OFFICE
AUG 1 8 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

OMOWALE ASHANTI SHABAZZ,

    Plaintiff,

v.                                      Case No. 3:13-cv-00091

DERRICK SCHOFIELD,

    Defendants.

## PLAINTIFF'S MOTION TO FILE A RESPONSE TO DEFENDANT SCHOFIELD'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (D.E. 313)

Comes now the plaintiff pursuant to LR 7.01(b) and seeks leave of the Court to file a response to defendant Schofield's response in oppositions to plaintiff's motion for partial summary judgment. See Doc. En. No. 313. No reply statement is required, see LR 56.01(d), as no additional facts were asserted by the defendant, so plaintiff seeks leave to file a reply.

The reason for this motion is that the defendants motion is not timely, does not comply with LR 56.01, and contains allegations that are not factually correct and should be brought to the Court's attention. For these reasons, plaintiff requests that this motion be granted in its entirety.

                                  Respectfully submitted.

                                  Omowale Ashanti Shabazz, # 244104
                                  NWCX – 8/19 (f/k/a fred dean)
                                  960 State Route 212
                                  Tiptonville, TN 38079