# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| OMOWALE ASHANTI SHABAZZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-00091 |
| | ) | Judge Sharp |
| DERRICK SCHOFIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Magistrate Judge Knowles has entered a Report and Recommendation (Docket No. 335), recommending that Defendants' Motion to Dismiss for Insufficient Service of Process (Docket No. 178) be denied as moot because, after the Motion was filed, he entered an Order directing the United States Marshal's Service to effectuate service. No objections have been filed.

Having considered the record *de novo*, the Report and Recommendation (Docket No. 335) is hereby ACCEPTED and APPROVED and Defendants' Motion to Dismiss for Insufficient Service of Process (Docket No. 178) is hereby DENIED AS MOOT. In light of these rulings, Plaintiffs' Motion for Review (Docket No. 25) in which he complaints "that the Magistrate Judge did not instruct the clerk to issue process or have the Marshals' Service serve the defendants in this matter" is DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE