| | | |
|---|---|---|
| **OMOWALE A. SHABAZZ** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **CIVIL CASE NO. 3:13-CV-00091** |
| | ) | |
| **DERRICK SCHOFIELD, et al.** | ) | |
| | ) | |
| *Defendants* | ) | |

## AFFIDAVIT OF DR. KENNETH WILLIAMS, MEDICAL DIRECTOR FOR THE TENNESSEE DEPARTMENT OF CORRECTION

I, Dr. Kenneth Williams, being duly sworn, make the following sworn statements:

1.     I am employed as the Medical Director for the Tennessee Department of Correction (TDOC) and its correctional facilities. I am a Medical Doctor and I hold a Ph.D. in Microbiology. I have experience in both inpatient and outpatient care, and was in private practice, until I assumed my current position with the Department of Correction.   While in private practice, I held hospital privileges at Centennial, Baptist, and Summit Hospitals in Nashville, Tennessee.

2.     My current responsibilities include, but are not limited to, managing the Department's contract with its medical services vendor and its deliverables, reviewing credentials of potential providers; reviewing and monitoring "sentinel events", which are encounters requiring infirmary admission, emergency room visits, and/or hospital admissions; monitoring processes and programs to ensure chronic health maintenance; and establishing processes and programs to improve acute health issues with the Department's inmate population.

3.     I am currently a member of a national panel on Hepatitis C treatment, sponsored by Gilead Sciences, Inc.   As a member of that panel, I attend regular meetings related to the

direction of Hepatitis C treatment in a correctional setting, as well as in the community. I also regularly attend conferences with other medical professionals from other state correctional systems to discuss issues related to healthcare delivery and treatment of diseases in the correctional setting and its challenges.

### Mr. Shabazz's Case

4.     I have reviewed inmate Omowale Shabazz's (aka Fred Dean), TDOC #244104, medical record in order to advise this Court as to Mr. Shabazz's current health status and to respond to the allegations he makes concerning his alleged medical condition.

5.     Mr. Shabazz is enrolled in a chronic care review program and his status is monitored regularly by a dedicated infectious disease monitor as well as the facility medical staff.

6.     Mr. Shabazz has been diagnosed with the Hepatitis C virus, Genotype 1.

7.     The primary early indicator of whether treatment of Hepatitis C is warranted, is the regular and consistent monitoring of liver enzyme levels. Specifically, the SGOT/AST and SGPT/ALT levels. SGOT/AST is an enzyme that is normally present in liver and heart cells and is released into the blood when the liver or heart is damaged. SGPT/ALT is most commonly found in the liver and is used as measurable indicator of liver function and liver health.

8.     Both of these tests indicate specific liver enzyme production and/or lack thereof. All inmates in the custody of the Tennessee Department of Correction that have been diagnosed with Hepatitis C are monitored for increased liver enzyme levels on a regular basis. They are also assessed by physical exam to evaluate for any symptoms at regularly scheduled intervals.

9.     In reviewing Mr. Shabazz's medical record, it appears as though he has had lab work conducted at least 13 times since January of 2013. (True and exact copies of the lab reports are attached hereto, and consist of 19 pages).

10.     Mr. Shabazz's liver enzyme levels were most recently tested on March 25, 2015. At that time, his SGOT/AST level was at 25, with a reference range of 15-40 and SGPT/ALT = 23 with a reference range of 7-45. The reference range is the median of all persons providing a specimen to that particular laboratory, which includes people without Hepatitis C. The levels indicate that Mr. Shabazz's liver is functioning as it should, and in the same range as persons that do not have Hepatitis C. (See Lab Reports, P. 2). Furthermore, Mr. Shabazz's liver enzyme levels are indicative that his liver is not in active cirrhosis.

11.     In accordance with Mr. Shabazz's liver enzyme levels and his medical file as a whole, the Hepatitis C virus has yet to warrant the treatment which Mr. Shabazz seeks. In fact, his current levels do not warrant treatment at all, but do require continued monitoring. Because Mr. Shabazz is a member of the chronic care review program, he will continue to be monitored on a continual basis, along with all other inmates who have been diagnosed with Hepatitis C.

12.     His Hepatitis C is stable and he is not in any way in an acute phase. The Department's general policy is to monitor enzyme levels at least every 3 months for all inmates diagnosed with Hepatitis C. This policy is consistent with generally accepted medical practices, regardless of whether the patient is incarcerated or is a free world patient.

13.     Mr. Shabazz's Hepatitis C is in a stable state and is not progressing. In some cases – only time will tell if this is true in Mr. Shabazz's case – the Hepatitis C disease never progresses to a point which requires treatment and while diagnosed with Hepatitis C, one's liver may always function normally.

14.     In addition to Mr. Shabazz's stable liver enzyme level, in December 2014, the Doctor's notes in Mr. Shabazz's medical file indicate that during his physical examination, he showed no indication of pain and did not communicate any pain to the examining physician. Furthermore, there has been no indication of any jaundice in Mr. Shabazz's eye exams. Jaundice is yellowing

of the white of a patient's eyes, which is direct physical evidence of less than optimum liver function. If Mr. Shabazz had presented with yellowing of the eyes, further tests would be conducted to reevaluate the status of Mr. Shabazz's Hepatitis C.

15.     Mr. Shabazz's health or safety is not presently at risk, due to his Hepatitis C. The type of Hepatitis which Mr. Shabazz has, Genotype I, is not such that it will cause immediate and unforeseen health risks. With regular testing of a patient's enzyme levels, increased levels can be monitored to determine if treatment is necessary, as other unrelated factors can cause increased liver enzymes, independent of a Hepatitis C diagnosis.

16.     Should Mr. Shabazz's enzyme levels change to such a degree that treatment is warranted, he will be provided with appropriate treatment.

### Department's Approach to Hepatitis C Treatment

17.     The Department's Hepatitis C Treatment Guidelines were developed for application at all of the Department's correctional institutions. The guidelines were developed with input from experts in the community practicing infectious disease and gastroenterology (A true and exact copy of the Guidelines are attached hereto).

18.     Generally, the responsible course of medical treatment action for Hepatitis C is to monitor enzyme levels and track the patient until the patient shows the initial signs of possible damage, i.e. consistently increased enzyme levels. Specific to Genotype 1, treatment can proceed if an inmate is not scheduled for release within 15 months. This time frame is required in order to ensure that the round of treatment can occur and be completed. It is especially important that a patient not be started on a Hepatitis C regimen which they cannot complete. Not completing the treatment can be harmful and is not without side effects which can be a serious detriment to a patient's health. In addition, beginning treatment, and not completing treatment can harm a patient's chances at a cure in the future.

19.     Assuming that the SGOT/AST and SGPT/ALT levels have been consistently at or above the top end of the reference range, we look at the certain indicators, generally, clotting and coagulation factors and viral load. We then apply the SAFE algorithm to determine the level of cirrhosis (i.e. liver scarring) and the pathway of appropriate treatment.

Kenneth Williams, M.D., Ph.D.
Medical Director
Tennessee Department of Correction

**STATE OF TENNESSEE**                    )
**COUNTY OF DAVIDSON**                 )

On the 6th day of _May_, 2015, appeared personally before me, **Kenneth Williams, M.D., Ph.D.**, known to be of lawful age and did sign and swear under penalties of law, the aforesaid Affidavit in my presence.

Sworn to and subscribed before me this 6th day of _May_, 2015.

[Notary Seal]

Marcia E. Campey
Notary Public

My commission expires: 07-03-2017



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| TUCKER, CORTEZ | DEAN, FRED | M | 201503895842 | 655181 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS 6407940 | 03/25/2015 06:50 | 03/27/2015 01:57 |

Tennessee DOC
960 State Route 212
TIPTONVILLE, TN 38079

| EMR ID | INMATE ID |
|---|---|
| | 00244104 |

## Abnormals Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| NEUTROPHILS | 33.7 | LYMPHOCYTE | 58.2 | RED BLOOD CELLS | 4.36 |
| HEMOGLOBIN | 12.0 | HEMATOCRIT | 40.4 | MCHC | 29.6 |
| MPV | 11.9 | | | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| FASTING | | | | | | |
| **CBC** | | | | col: 03/25/2015 | | Status: F |
| PLATELET COUNT | 201 | | | 150-400 | TH/CUMM | 211 |
| WHITE BLOOD COUNT | 7.21 | | | 4.0-10.0 | TH/CU MM | 6.44 |
| ABSOLUTE NEUTROPHIL CT | 2.43 | | | 1.56-8.10 | x10-3/uL | 2.01 |
| NEUTROPHILS | | 33.7 | L | 39-81 | % | 31.2 |
| LYMPHOCYTE | | 58.2 | H | 14-51 | % | 60.2 |
| MONOCYTES | 6.7 | | | 0-13.3 | % | 6.4 |
| EOSINOPHIL | 1.1 | | | 0-8 | % | 1.2 |
| BASOPHILS | 0.4 | | | 0-2 | % | 1.0 |
| RED BLOOD CELLS | 4.36 | | LL | 4.41-5.51 | M/CU MM | 4.64 |
| HEMOGLOBIN | 12.0 | | LL | 13.5-17.5 | G/DL | 12.6 |
| HEMATOCRIT | 40.4 | | LL | 41-53 | % | 41.5 |
| MCV | 92.8 | | | 80-105 | FL | 89.4 |
| MCH | 27.5 | | | 27-33 | PG | 27.1 |
| MCHC | | 29.6 | L | 31-37 | G/DL | 30.3 |
| RDW | 13.5 | | | 11.5-14.5 | % | 14.1 |
| MPV | | 11.9 | H | 7.4-10.4 | FL | 12.2 |
| **CMP** | | | | col: 03/25/2015 | | Status: F |
| ALBUMIN | 4.1 | | | 3.5-5.5 | G/DL | 4.0 |
| ALK PHOS | 121 | | | 53-128 | U/L | 139 |
| TOTAL BILIRUBIN | 0.4 | | | 0.2-1.2 | MG/DL | 0.7 |
| BUN | 12 | | | 7-18 | MG/DL | 11 |
| CALCIUM | 9.5 | | | 8.4-10.7 | MG/DL | 9.8 |
| CHLORIDE | 104 | | | 98-107 | MEQ/L | 103 |
| CREATININE, SERUM | 0.89 | | | 0.7-1.3 | MG/DL | 0.94 |
| GFR (NON-AFR AMER) | 94 | | | 60-300 | mL/MIN | 89 |
| GFR (AFR AMER) | 114 | | | 60-300 | mL/MIN | 107 |

Handwritten note on HEMOGLOBIN row.

Director: Lorenz P. Kielhorn, MD

Thomas M. Kessler
Family Medicine Physician

*Continued on Next Page*

Printed: 03/27/2015 04:43

Pg: 1/2



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| TUCKER, CORTEZ | DEAN, FRED | M | 201503895842 | 655181 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS    6407940 | 03/25/2015 06:50 | 03/27/2015 01:57 |

| | EMR ID | INMATE ID | | |
|---|---|---|---|---|
| Tennessee DOC<br>960 State Route 212<br>TIPTONVILLE, TN 38079 | | 00244104 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| GLUCOSE | 76 | | | 70-105 | MG/DL | 70 |
| POTASSIUM | 4.4 | | | 3.5-5.1 | MEQ/L | 4.7 |
| TOTAL PROTEIN | 7.2 | | | 6.0-8.3 | G/DL | 7.5 |
| SODIUM | 139 | | | 136-145 | MEQ/L | 139 |
| CARBON DIOXIDE | 29 | | | 22-33 | MEQ/L | 30 |
| SGOT/AST | 25 | | | 15-40 | U/L | 39 |
| SGPT/ALT | 23 | | | 7-45 | U/L | 39 |

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 7 of 28 PageID #: 4417



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249



RECEIVED
Status: PINAE
DEC 11 2014
10:00 au

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| TUCKER, CORTEZ | DEAN, FRED | M | 201412701824 | 558220 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS  6407940 | 12/08/2014 07:55 | 12/09/2014 23:46 |

Tennessee DOC
960 State Route 212
TIPTONVILLE, TN 38079

EMR ID

INMATE ID
00244104

## Abnormals Summary

| | | | | |
|---|---|---|---|---|
| NEUTROPHILS | 31.2 | LYMPHOCYTE | 60.2 | HEMOGLOBIN | 12.6 |
| MCHC | 30.3 | MPV | 12.2 | | |
| ALK PHOS | 139 | | | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| FASTING | | | | | | |
| **CBC** | | | col: 12/08/2014 | | Status: F | |
| PLATELET COUNT | 211 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 6.44 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 2.01 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | | 31.2 | L | 39-81 | % | |
| LYMPHOCYTE | | 60.2 | H | 14-51 | % | |
| MONOCYTES | 6.4 | | | 0-13.3 | % | |
| EOSINOPHIL | 1.2 | | | 0-8 | % | |
| BASOPHILS | 1.0 | | | 0-2 | % | |
| RED BLOOD CELLS | 4.64 | | | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | | 12.6 | LL | 13.5-17.5 | G/DL | |
| HEMATOCRIT | 41.5 | | | 41-53 | % | |
| MCV | 89.4 | | | 80-105 | FL | |
| MCH | 27.1 | | | 27-33 | PG | |
| MCHC | | 30.3 | L | 31-37 | G/DL | |
| RDW | 14.1 | | | 11.5-14.5 | % | |
| MPV | | 12.2 | H | 7.4-10.4 | FL | |
| FASTING | | | | | | |
| **CMP** | | | col: 12/08/2014 | | Status: F | |
| ALBUMIN | 4.0 | | | 3.5-5.5 | G/DL | |
| ALK PHOS | | 139 | H | 53-128 | U/L | |
| TOTAL BILIRUBIN | 0.7 | | | 0.2-1.2 | MG/DL | |
| BUN | 11 | | | 7-18 | MG/DL | |
| CALCIUM | 9.8 | | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 103 | | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 0.94 | | | 0.7-1.3 | MG/DL | |
| GFR (NON-AFR AMER) | 89 | | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 107 | | | 60-300 | mL/MIN | |

Director: Lorenz P. Kielhorn, MD

*Continued on Next Page*

Case 2:18-cv-00931   Document 563   Filed 05/06/15   Page 8 of 28 PageID #: 4418



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249



RECEIVED
Status: FINAL
DEC 11 2014

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| TUCKER, CORTEZ | DEAN, FRED | M | 201412701824 | 558220 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS 6407940 | 12/08/2014 07:55 | 12/09/2014 23:46 |

| | EMR ID | INMATE ID | | |
|---|---|---|---|---|
| Tennessee DOC 960 State Route 212 TIPTONVILLE, TN 38079 | | 00244104 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| GLUCOSE | 70 | | | 70-105 | MG/DL | |
| POTASSIUM | 4.7 | | | 3.5-5.1 | MEQ/L | |
| TOTAL PROTEIN | 7.5 | | | 6.0-8.3 | G/DL | |
| SODIUM | 139 | | | 136-145 | MEQ/L | |
| CARBON DIOXIDE | 30 | | | 22-33 | MEQ/L | |
| SGOT/AST | 39 | | | 15-40 | U/L | |
| SGPT/ALT | 39 | | | 7-45 | U/L | |
| TSH-HIGH SENSITIVITY | | | | col: 12/08/2014 | | Status: F |
| TSH-HIGH SENSITIVITY | 3.16 | | | 0.465-4.68 | uU/mL | |

12-11-14

Tommie Hamilton, FNP

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 9 of 28 PageID #: 4419



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN<br>COLLINS, AMANDA | NAME<br>DEAN, FRED | SEX<br>M | ACCESSION NO.<br>201410678516 | CONTROL NO.<br>524739 |
|---|---|---|---|---|
| FACILITY NO.<br>NWCX | DOB<br>09/17/1959 | ACCOUNT NO.<br>PRIS 6407940 | DATE COLLECTED<br>10/29/2014 11:45 | DATE RESULTED<br>10/31/2014 23:02 |
| Tennessee DOC<br>960 State Route 212<br>TIPTONVILLE, TN 38079 | EMR ID | INMATE ID<br>00244104 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| NON-FASTING | | | | | | |

**10 PANEL URINE DRUG SCREEN**                                   Col: 10/29/2014          Status: F

| | | | | | |
|---|---|---|---|---|---|
| AMPHETAMINE | NEGATIVE | | | NEGATIVE | NG/ML |

AMPHETAMINE CUTOFF: 1000 NG/ML

| BARBITURATES | NEGATIVE | | | NEGATIVE | NG/ML |
|---|---|---|---|---|---|

BARBITURATE CUTOFF: 200 NG/ML

| BENZODIAZEPINE | NEGATIVE | | | NEGATIVE | |
|---|---|---|---|---|---|

BENZODIAZEPINE CUTOFF: 200 NG/ML

| COCAINE | NEGATIVE | | | NEGATIVE | |
|---|---|---|---|---|---|

COCAINE CUTOFF: 300 NG/ML

| METHADONE | NEGATIVE | | | NEGATIVE | NG/ML |
|---|---|---|---|---|---|

METHADONE CUTOFF: 300 NG/ML

| OPIATES | NEGATIVE | | | NEGATIVE | |
|---|---|---|---|---|---|

OPIATES CUTOFF: 300 NG/ML

| PHENCYCLIDINE (PCP) | NEGATIVE | | | NEGATIVE | |
|---|---|---|---|---|---|

PHENCYCLIDINE CUTOFF: 25 NG/ML

| PROPOXYPHENE | NEGATIVE | | | NEGATIVE | NG/ML |
|---|---|---|---|---|---|

PROPOXYPHENE CUTOFF: 300 NG/ML

| CANNABINOIDS | NEGATIVE | | | NEGATIVE | |
|---|---|---|---|---|---|

CANNABINOIDS CUTOFF: 50 NG/ML

| URINE CREATININE | 77.1 | | | | |
|---|---|---|---|---|---|

URINE CREATININE IS USED TO
EVALUATE SAMPLE COLLECTIONS FOR
POSSIBLE ADULTERATION. A RESULT
GREATER THAN OR EQUAL TO 20 MG/DL
IS NORMAL. A RESULT LESS THAN 20 MG/DL
MAY INDICATE POSSIBLE ADULTERATION OF SAMPLE.
RECOLLECTION IS SUGGESTED IF URINE
CREATININE IS LESS THAN 20 MG/DL.

Amanda Collins, PA-C

2014

**NWCX-MC**

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 10 of 28 PageID #: 4420



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|---|
| COLLINS, AMANDA | DEAN, FRED | | M | 201410693473 | 521034 |
| FACILITY NO. | DOB | ACCOUNT NO. | | DATE COLLECTED | DATE RESULTED |
| NWCX | 09/17/1959 | PRIS  6407940 | | 10/27/2014 07:09 | 10/29/2014 01:53 |
| | EMR ID | INMATE ID | | | |
| | | 00244104 | | | |

Tennessee DOC
960 State Route 212
TIPTONVILLE, TN 38079

## Abnormals Summary

| | | | | | |
|---|---|---|---|---|---|
| NEUTROPHILS | 25.5 | LYMPHOCYTE | 66.7 | HEMOGLOBIN | 12.1 |
| MCHC | 29.0 | RDW | 14.6 | MPV | 12.9 |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| FASTING | | | | | | |
| CBC | | | col: 10/27/2014 | | Status: F | |
| PLATELET COUNT | 192 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 6.83 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 1.74 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | | 25.5 | L | 39-81 | % | |
| LYMPHOCYTE | | 66.7 | H | 14-51 | % | |
| MONOCYTES | 5.7 | | | 0-13.3 | % | |
| EOSINOPHIL | 0.9 | | | 0-8 | % | |
| BASOPHILS | 1.2 | | | 0-2 | % | |
| RED BLOOD CELLS | 4.45 | | | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | | 12.1 | LL | 13.5-17.5 | G/DL | |
| HEMATOCRIT | 41.9 | | | 41-53 | % | |
| MCV | 94.1 | | | 80-105 | FL | |
| MCH | 27.2 | | | 27-33 | PG | |
| MCHC | | 29.0 | L | 31-37 | G/DL | |
| RDW | | 14.6 | H | 11.5-14.5 | % | |
| MPV | | 12.9 | H | 7.4-10.4 | FL | |

*[handwritten: 9/15/14]*

*[handwritten: ferritin, Fe, vit B12, folate — wnls 9/26/14]*

*[handwritten: ac 11/4/14]*

Amanda Collins, PA-C
*[stamp]* 2014
NWCX-MC

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 11 of 28 PageID #: 4421



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| COLLINS, AMANDA | DEAN, FRED | M | 201409468033 | 494383 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS 6407940 | 09/26/2014 07:08 | 09/27/2014 20:54 |

| | EMR ID | INMATE ID | | |
|---|---|---|---|---|
| Tennessee DOC 960 State Route 212 TIPTONVILLE, TN 38079 | | 00244104 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| **FERRITIN** | | | | Col: 09/26/2014 | | Status: F |
| FERRITIN | 408.9 | | | 17.9-464 | NG/ML | |
| **SERUM IRON** | | | | Col: 09/26/2014 | | Status: F |
| SERUM IRON | 122 | | | 50-170 | UG/DL | |
| **VB12, FOL PANEL** | | | | Col: 09/26/2014 | | Status: F |
| VITAMIN B 12 | 487.4 | | | 239-931 | PG/ML | |
| FOLATE | 11.65 | | | 2.76-20 | NG/ML | |

*au 9/30/14*



Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 12 of 28 PageID #: 4422



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| COLLINS, AMANDA | DEAN, FRED | M | 201409591835 | 483168 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS 6407940 | 09/15/2014 06:25 | 09/21/2014 01:54 |

| | EMR ID | INMATE ID | | |
|---|---|---|---|---|
| Tennessee DOC 960 State Route 212 TIPTONVILLE, TN 38079 | | 00244104 | | |

## Abnormals Summary

| HEMOGLOBIN | 12.4 | MCHC | 29.0 | MPV | 12.5 |
|---|---|---|---|---|---|

| Test Description CBC | Result | Abnormal | Flag | Reference Range col: 09/15/2014 | Units | Labs Status: F |
|---|---|---|---|---|---|---|
| PLATELET COUNT | 185 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 5.66 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 3.23 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | 57 | | | 39-81 | % | |
| LYMPHOCYTE | 40 | | | 14-51 | % | |
| MONOCYTES | 1 | | | 0-13.3 | % | |
| EOSINOPHIL | 2 | | | 0-8 | % | |
| BASOPHILS | 0 | | | 0-2 | % | |
| RED BLOOD CELLS | 4.42 | | | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | | 12.4 | LL | 13.5-17.5 | G/DL | |
| HEMATOCRIT | 42.7 | | | 41-53 | % | |
| MCV | 96.6 | | | 80-105 | FL | |
| MCH | 28.0 | | | 27-33 | PG | |
| MCHC | | 29.0 | L | 31-37 | G/DL | |
| RDW | 13.4 | | | 11.5-14.5 | % | |
| MPV | | 12.5 | H | 7.4-10.4 | FL | |

| CMP | | | | col: 09/15/2014 | | Status: F |
|---|---|---|---|---|---|---|
| ALBUMIN | 4.4 | | | 3.5-5.5 | G/DL | |
| ALK PHOS | 126 | | | 53-128 | U/L | |
| TOTAL BILIRUBIN | 0.7 | | | 0.2-1.2 | MG/DL | |
| BUN | 11 | | | 7-18 | MG/DL | |
| CALCIUM | 9.8 | | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 102 | | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 1.04 | | | 0.7-1.3 | MG/DL | |
| GFR (NON-AFR AMER) | 79 | | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 96 | | | 60-300 | mL/MIN | |
| GLUCOSE | 78 | | | 70-105 | MG/DL | |
| POTASSIUM | 4.4 | | | 3.5-5.1 | MEQ/L | |
| TOTAL PROTEIN | 7.7 | | | 6.0-8.3 | G/DL | |

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 13 of 28 PageID #: 4423



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION.NO. | CONTROL NO. |
|---|---|---|---|---|
| COLLINS, AMANDA | DEAN, FRED | M | 201409591835 | 483168 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NWCX | 09/17/1959 | PRIS 6407940 | 09/15/2014 06:25 | 09/21/2014 01:54 |

| | EMR ID | INMATE ID | | |
|---|---|---|---|---|
| Tennessee DOC<br>960 State Route 212<br>TIPTONVILLE, TN 38079 | | 00244104 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| SODIUM | 137 | | | 136-145 | MEQ/L | |
| CARBON DIOXIDE | 27 | | | 22-33 | MEQ/L | |
| SGOT/AST | 38 | | | 15-40 | U/L | |
| SGPT/ALT | 34 | | | 7-45 | U/L | |
| URINE (MICRO IF IND) | | | | col: 09/15/2014 | | Status: F |
| PH | 6.0 | | | 5.0-8.0 | | |
| PROTEIN (ALBUMIN) | NEGATIVE | | | | | |
| GLUCOSE | NEGATIVE | | | | | |
| KETONES (ACETONE) | NEGATIVE | | | | | |
| BILIRUBIN (URINE) | NEGATIVE | | | | | |
| UROBILINOGEN | 0.2 | | | 0.2-1.0 | | |
| BLOOD (OCCULT) | NEGATIVE | | | | | |
| LEUKOCYTE ESTERASE | NEGATIVE | | | | | |
| NITRITE | NEGATIVE | | | | | |
| COLOR | YELLOW | | | | | |
| APPEARANCE | CLEAR | | | | | |
| SPECIFIC GRAVITY | 1.015 | | | 1.003-1.030 | | |
| MICROSCOPIC COMMENT | MICROSCOPIC NOT IND | | | | | |

*Amanda Collins, PA-C*
*SEP 23 2014*
*NWCX-MC*

Director: Lorenz P. Kielhorn, MD

Case 3.13-cv-00091   Document 563   Filed 05/06/15   Page 14 of 28 PageID #: 4424



# GARCIA LABORATORY

2193 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|---|
| HAMILTON, TOMMIE | DEAN, FRED | | M | 201408542136 | 453626 |
| FACILITY NO. | DOB | ACCOUNT NO. | | DATE COLLECTED | DATE RESULTED |
| NWCX | 09/17/1959 | PRIS    6407940 | | 08/12/2014 06:44 | 08/14/2014 04:58 |
| Tennessee DOC 960 State Route 212 TIPTONVILLE, TN 38079 | EMR ID | INMATE ID 00244104 | | | |

## Abnormals Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NEUTROPHILS | 25.2 | LYMPHOCYTE | 65.1 | | RED BLOOD CELLS | | 4.31 |
| HEMOGLOBIN | 12.4 | HEMATOCRIT | 40.2 | | MCHC | | 30.8 |
| RDW | 15.2 | MPV | 12.3 | | | | |
| ALK PHOS | 137 | SGOT/AST | 41 | | | | |

| Test Description CBC | Result | Abnormal | Flag | Reference Range col: 08/12/2014 | Units | Labs Status: F |
|---|---|---|---|---|---|---|
| PLATELET COUNT | 228 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 7.76 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 1.96 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | | 25.2 | L | 39-81 | % | |
| LYMPHOCYTE | | 65.1 | H | 14-51 | % | |
| MONOCYTES | 7.2 | | | 0-13.3 | % | |
| EOSINOPHIL | 1.0 | | | 0-8 | % | |
| BASOPHILS | 1.4 | | | 0-2 | % | |
| RED BLOOD CELLS | | 4.31 | LL | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | | 12.4 | LL | 13.5-17.5 | G/DL | |
| HEMATOCRIT | | 40.2 | LL | 41-53 | % | |
| MCV | 93.3 | | | 80-105 | FL | |
| MCH | 28.7 | | | 27-33 | PG | |
| MCHC | | 30.8 | L | 31-37 | G/DL | |
| RDW | | 15.2 | H | 11.5-14.5 | % | |
| MPV | | 12.3 | H | 7.4-10.4 | FL | |
| CMP | | | | col: 08/12/2014 | | Status: F |
| ALBUMIN | 4.3 | | | 3.5-5.5 | G/DL | |
| ALK PHOS | | 137 | HH | 53-128 | U/L | |
| TOTAL BILIRUBIN | 0.7 | | | 0.2-1.2 | MG/DL | |
| BUN | 10 | | | 7-18 | MG/DL | |
| CALCIUM | 9.8 | | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 105 | | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 1.04 | | | 0.7-1.3 | MG/DL | |
| GFR (NON-AFR AMER) | 79 | | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 95 | | | 60-300 | mL/MIN | |
| GLUCOSE | 85 | | | 70-105 | MG/DL | |

Director: Lorenz P. Kielhorn, MD

Continued on Next Page

8-25-14

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 15 of 28 PageID #: 4425



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| HAMILTON, TOMMIE | DEAN, FRED | M | 201408542136 | 453626 |
| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
| NWCX | 09/17/1959 | PRIS 6407940 | 08/12/2014 06:44 | 08/14/2014 04:58 |
| Tennessee DOC 960 State Route 212 TIPTONVILLE, TN 38079 | EMR ID | INMATE ID 00244104 | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| POTASSIUM | 4.6 | | | 3.5-5.1 | MEQ/L | |
| TOTAL PROTEIN | 8.0 | | | 6.0-8.3 | G/DL | |
| SODIUM | 140 | | | 136-145 | MEQ/L | |
| CARBON DIOXIDE | 30 | | | 22-33 | MEQ/L | |
| SGOT/AST | | 41 | HH | 15-40 | U/L | |
| SGPT/ALT | 40 | | | 7-45 | U/L | |
| PROSTATE SPECIFIC AG | | | | col: 08/12/2014 | | Status: F |
| PROSTATE SPECIFIC AG | 0.475 | | | 0-3.2 | NG/ML | |

8-25-14

Director: Lorenz P. Kielhorn, MD

-- End of Report --



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|---|
| THOMPSON, DONALD | DEAN, FRED | | M | 201404367818 | 339821 |
| FACILITY NO. | DOB | ACCOUNT NO. | | DATE COLLECTED | DATE RESULTED |
| NECX | 09/17/1959 | PRIS 6407940 | | 04/14/2014 10:00 | 04/17/2014 12:31 |
| | EMR ID | INMATE ID | | | |
| Tennessee DOC 5249 Highway 67 West MOUNTAIN CITY, TN 37683 | | 00244104 | | | |

## Abnormals Summary

| HEP B CORE AB | POSITIVE |
|---|---|

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| NON-FASTING | | | | | | |
| HEP B CORE AB | | | | Col: 04/14/2014 | | Status: F |
| HEP B CORE AB | | POSITIVE | A | NEGATIVE | | |

Donald F. Thompson, MD
Family Practice Physician

5-2-14

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 17 of 28 PageID #: 4427



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

| ORDERING PHYSICIAN<br>BERNARD, CLEMENT | NAME<br>DEAN, FRED | SEX<br>M | ACCESSION NO.<br>201402239046 | CONTROL NO.<br>281701 |
|---|---|---|---|---|
| FACILITY NO.<br>NECX | DOB<br>09/17/1959 | ACCOUNT NO.<br>PRIS      6407940 | DATE COLLECTED<br>02/12/2014 11:23 | DATE RESULTED<br>02/25/2014 16:17 |
| Tennessee DOC<br>5249 Highway 67 West<br>MOUNTAIN CITY, TN 37683 | EMR ID | INMATE ID<br>00244104 | | |

| Test Description | Result | Abnormal Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|
| NON-FASTING | | | Col: 02/12/2014 | Status: F | |
| **HCV RNA GENOTYPE, LIPA** | | | | | |
| HCV RNA GENOTYPE, LIPA | GENOTYPE 1B | | | | |

The method used in this test is RT-PCR and reverse
hybridization (Line Probe) of the 5' UTR and core region of
the HCV genome.
This test was developed and its performance characteristics
have been determined by Quest Diagnostics Nichols Institute,
San Juan Capistrano. It has not been cleared or approved by
the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
Performance characteristics refer to the analytical
performance of the test.
Quest Diagnostics also offers the AccuType(R) IL28B test,
which can help stratify HCV-infected individuals into those
who are predisposed to respond more favorably and those who
are predisposed to respond less favorably to standard HCV
therapy. A favorable IL28B genotype (ie, CC) predicts
improved treatment response for individuals infected with
HCV genotype 1. Reference: Clin Gastroenterol Hepatol.
2011;9:344-350. To order the IL-28B test please submit a new
whole blood sample for test code 90251.
http://education.questdiagnostics.com/faq/HCVGenotyping
THE METHOD USED IN THIS TEST IS RT-PCR AND REVERSE
HYBRIDIZATION (LINE PROBE) OF THE 5' UTR AND CORE
REGION OF THE HCV GENOME.

FEB 2 6 2014

TEST PERFORMED AT QUEST DIAGNOSTICS
4444 GIDDINGS RD
AUBURN HILLS, MI  48326-1561

| | | | Col: 02/12/2014 | Status: F |
|---|---|---|---|---|
| **AUTH REQUIRED QUESTION** | | | | |
| AUTH REQUIRED QUESTION | / | | Col: 02/12/2014 | Status: F |
| **HCV RNA bDNA** | | | | |
| HCV RNA bDNA | WILL FOLLOW | | | |

TEST PERFORMED BY
SIEMENS CLINICAL LABORATORY
725 POTTER STREET
BERKELEY CA  94710-3614
(800)434-2447
DIRECTOR: WILLIAM P JOSEPH, MD
NORMAL RANGE:  < 615 IU/ML

| | | | Col: 02/12/2014 | Status: F |
|---|---|---|---|---|
| **PT/INR** | | | 9.5-11.5 | |
| PROTHROMBIN TIME | 10.7 | | 0.88-1.10 | |
| INR | 1.00 | | | |
| THERAP =2.0-3.0.DVT/PE/MI/TISS.HT-VAL/VAL/HT-DIS/ATR-FIB | | | | |
| 2.5-3.5 CARDIO-EMBOLUS/MECH-HT-VAL | | | | |

Director: Lorenz P. Kielhorn, MD

Pg:  1

-- End of Report --

13

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 18 of 28 PageID #: 4428



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| BERNARD, CLEMENT | DEAN, FRED | M | 201311851477 | 209567 |

| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
|---|---|---|---|---|
| NECX | 09/17/1959 | PRIS 6407940 | 11/20/2013 10:16 | 11/25/2013 08:12 |

Tennessee DOC
5249 Highway 67 West
MOUNTAIN CITY, TN 37683

| EMR ID | INMATE ID |
|---|---|
| | 00244104 |

## Abnormals Summary

HPI IgG ABS          2.21

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| NON-FASTING | | | | | | |
| H. PYLORI IgG/IgM/IgA | | | | Col: 11/20/2013 | | Status: F |
| HPI IgG ABS | | 2.21 | H | < 0.91 | Index | |

REFERENCE RANGE for H. pylori IgG Ab
Less than 0.91 . . . . . . . Negative
0.91 - 1.09 . . . . . . . . Equivocal
Greater than 1.09 . . . . . Positive

| HPI IgM ABS | < 0.89 | | | < 0.89 | Index | |
| HPI IgA ABS | < 0.89 | | | < 0.89 | Index | |

REFERENCE RANGE for H. pylori IgM and IgA Abs
Less than 0.89 . . . . . . Negative
0.89 - 0.99 . . . . . . . Equivocal
Greater than 0.99 . . . . Positive
H. pylori IgM Abs: This test(s) was developed and its
performance characteristics have been determined by Quest
Diagnostics Nichols Institute, Valencia, CA. Performance
characteristics refer to the analytical performance of the
test.
@ Test Performed By:
   Quest Diagnostics Nichols Institute
   Basel Kashlan M.D., FCAP., Laboratory Director
   27027 Tourney Road
   Valencia, CA 91355-5386
   CLIA  05D0550302
REFERENCE RANGE FOR H. PYLORI IgG, IgM AND IgA ABS
LESS THAN 0.89 . . . . . . . NEGATIVE
0.89 - 0.99 . . . . . . . . EQUIVOCAL
GREATER THAN 0.99 . . . . . POSITIVE

NOV 2 6 2013

Dr. Clement Bernard, MD

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 19 of 28 PageID #: 4429



# GARCIA LABORATORY

2195 SPRING ARBOR ROAD • JACKSON, MICHIGAN 49203
PHONE (517) 787-9200 • (800) 888-8598 • FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| CHAFIN, WANDA | DEAN, FRED | M | 201309964146 | 150897 |
| **FACILITY NO.** NECX | **DOB** 09/17/1959 | **ACCOUNT NO.** PRIS 6407940 | **DATE COLLECTED** 09/11/2013 09:58 | **DATE RESULTED** 09/12/2013 23:17 |
| Tennessee DOC 5249 Highway 67 West MOUNTAIN CITY, TN 37683 | **EMR ID** | **INMATE ID** 00244104 | | |

## Abnormals Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| NEUTROPHILS | 35.7 | LYMPHOCYTE | 55.4 | | HEMOGLOBIN | 12.6 |
| MCHC | 29.6 | MPV | 12.5 | | | |
| ALK PHOS | 136 | | | | | |

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Labs |
|---|---|---|---|---|---|---|
| **NON-FASTING** | | | | | | |
| **CBC** | | | | Col: 09/11/2013 | | Status: F |
| PLATELET COUNT | 189 | | | 150-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 6.62 | | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 2.36 | | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | | 35.7 | L | 39-81 | % | |
| LYMPHOCYTE | | 55.4 | H | Col.? 14-51 | % | |
| MONOCYTES | 7.2 | | | 0-13.3 | % | |
| EOSINOPHIL | 0.9 | | | 0-8 | % | |
| BASOPHILS | 0.8 | | | 0-2 | % | |
| RED BLOOD CELLS | 4.45 | | | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | | 12.6 | LL | 11.3 13.5-17.5 | G/DL | |
| HEMATOCRIT | 42.6 | | | 41-53 | % | |
| MCV | 95.8 | | | 80-105 | FL | |
| MCH | 28.4 | | | 27-33 | PG | |
| MCHC | | 29.6 | L | 31.5 31-37 | G/DL | |
| RDW | 13.5 | | | 11.5-14.5 | % | |
| MPV | | 12.5 | H | 7.4-10.4 | FL | |
| **CMP** | | | | Col: 09/11/2013 | | Status: F |
| ALBUMIN | 4.3 | | | 3.5-5.5 | G/DL | |
| ALK PHOS | | 136 | HH | 53-128 | U/L | |
| TOTAL BILIRUBIN | 0.7 | | | 0.2-1.2 | MG/DL | |
| BUN | 12 | | | 7-18 | MG/DL | |
| CALCIUM | 9.5 | | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 104 | | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 0.95 | | | 0.7-1.3 | MG/DL | |
| GFR (NON AFR AMER) | 88 | | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 106 | | | 60-300 | mL/MIN | |
| GLUCOSE | 98 | | | 70-105 | MG/DL | |

*Handwritten annotations:* 9-16-13 NCCX 1025 Sue chft FNP

Director: Lorenz P. Kielhorn, MD

Case 3:13-cv-00091  Document 563  Filed 05/06/15  Page 20 of 28 PageID #: 4430



**FINAL REPORT**

**DOCTOR**
BERNARD, CLEMENT
T0318 - CORCMS NORTHEAST
5249 HIGHWAY 67 WEST,
MOUNTAIN CITY, TN 37683
Acct #: (T0318)          MO
P: 423-727-7387

**PATIENT**
DEAN, FRED
DOB:   09/17/1959   Age: 53 Yrs
Sex:   M
Medical Record:
Inmate ID:     244104
Address:
              , TN
P:

**SAMPLE**
Specimen ID: 104928914
Date Of Report: 05/18/2013 06:38
Date Collected: 05/17/2013 04:04
Date Received: 05/17/2013 23:34

Notes:  PATIENT FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:**  (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | | | |
|---|---|---|---|---|---|
| ALT | 42 HI | GGTP | 129 HI | | |
| HGB | 11.3 LO | HCT | 35.9 LO | POLYS | 21.0 LO |
| LYMPHS | 66.7 HI | | | | |

------* CHEMISTRY *--------

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Total Protein | 7.3 | | 5.9-8.4 | g/dL | 7.6 | 01/29/2013 |
| Albumin | 4.1 | | 3.5-5.2 | g/dL | 4.4 | 01/29/2013 |
| Globulin | 3.2 | | 1.7-3.7 | g/dL | 3.2 | 01/29/2013 |
| A/G Ratio | 1.3 | | 1.1-2.9 | | 1.4 | 01/29/2013 |
| Glucose | 82 | | 70-99 | mg/dL | 88 | 01/29/2013 |
| Sodium | 140 | | 133-145 | mmol/L | 139 | 01/29/2013 |
| Potassium | 4.6 | | 3.3-5.3 | mmol/L | 4.1 | 01/29/2013 |
| Chloride | 103 | | 96-108 | mmol/L | 101 | 01/29/2013 |
| CO2 | 26 | | 22-29 | mmol/L | 27 | 01/29/2013 |
| BUN | 12 | | 6-20 | mg/dL | 10 | 01/29/2013 |
| Creatinine | 0.98 | | 0.90-1.30 | mg/dL | 0.97 | 01/29/2013 |
| e-GFR | 80 | | >60 | mL/min | 81 | 01/29/2013 |
| e-GFR, African American | 97 | | >60 | mL/min | 98 | 01/29/2013 |
| BUN/Creat Ratio | 12.2 | | 10.0-28.0 | | 10.3 | 01/29/2013 |
| Calcium | 9.0 | | 8.6-10.2 | mg/dL | 9.4 | 01/29/2013 |
| Uric Acid | 7.2 | | 3.4-8.5 | mg/dL | 6.3 | 08/24/2012 |

NOTE: New reference ranges for Uric Acid effective 11/26/12.

| Iron | 81 | | 45-160 | ug/dL | 76 | 08/24/2012 |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dL | 0.5 | 01/29/2013 |
| LD | 191 | | 135-225 | U/L | 187 | 08/24/2012 |
| Alk Phos | 111 | | 40-156 | U/L | 135 | 01/29/2013 |

16



FINAL REPORT

| D O C T O R | BERNARD, CLEMENT<br>T0318 - CORCMS NORTHEAST<br>5249 HIGHWAY 67 WEST,<br>MOUNTAIN CITY, TN 37683<br>Acct #: (T0318)  MO<br>P: 423-727-7387 | P A T I E N T | DEAN, FRED<br>DOB:  09/17/1959   Age: 53 Yrs<br>Sex:  M<br>Medical Record:<br>Inmate ID:  244104<br>Address:<br>, TN<br>P: | S A M P L E | Specimen ID: 104928914<br>Date Of Report: 05/18/2013 06:38<br>Date Collected: 05/17/2013 04:04<br>Date Received: 05/17/2013 23:34 |

## CLINICAL REPORT

NOTE: New reference ranges for Alkaline Phosphatase effective
   11/26/12.

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| AST | 39 | | <40 | U/L | 51 HI | 01/29/2013 |
| PHOSPHORUS | 4.4 | | 2.7-4.5 | mg/dL | 4.1 | 08/24/2012 |
| ALT | | 42 HI | <41 | U/L | 51 HI | 01/29/2013 |
| GGTP | | 129 HI | 10-71 | U/L | 123 HI | 08/24/2012 |
| -* CARDIOVASCULAR/LIPIDS *-- | | | | | | |
| Cholesterol | 163 | | <200 | mg/dL | 168 | 08/24/2012 |
| Triglycerides | 148 | | <150 | mg/dL | 130 | 08/24/2012 |
| HDL CHOL., DIRECT | 45 | | >40 | mg/dL | 51 | 08/24/2012 |
| HDL as % of Cholesterol | 28 | | >14 | % | 30 | 08/24/2012 |
| Chol/HDL Ratio | 3.6 | | <7.4 | | 3.3 | 08/24/2012 |
| LDL/HDL Ratio | 1.96 | | <3.56 | | 1.78 | 08/24/2012 |
| LDL Cholesterol | 88 | | <100 | mg/dL | 91 | 08/24/2012 |
| VLDL, CALCULATED | 30 | | 7-32 | mg/dL | 26 | 08/24/2012 |
| ------* HEMATOLOGY *-------- | | | | | | |
| WBC | 5.92 | | 3.40-11.80 | x10(3)/uL | 6.59 | 01/29/2013 |
| RBC | 4.22 | | 4.20-5.90 | x10(6)/uL | 4.56 | 01/29/2013 |
| HGB | | 11.3 LO | 12.3-17.0 | gm/dL | 12.8 | 01/29/2013 |
| HCT | | 35.9 LO | 39.3-52.5 | % | 37.5 LO | 01/29/2013 |
| MCV | 85.1 | | 80.0-100.0 | fL | 82.2 | 01/29/2013 |
| MCH | 26.8 | | 25.0-34.1 | pg | 28.1 | 01/29/2013 |
| MCHC | 31.5 | | 29.0-35.0 | gm/dL | 34.1 | 01/29/2013 |
| RDW | 13.6 | | 10.9-16.9 | % | 14.1 | 01/29/2013 |
| POLYS | | 21.0 LO | 36.0-78.0 | % | 23.9 LO | 01/29/2013 |
| POLYS, ABS. COUNT | 1.24 | | 1.22-9.20 | x10(3)/uL | 1.58 | 01/29/2013 |
| LYMPHS | | 66.7 HI | 12.0-48.0 | % | 66.3 HI | 01/29/2013 |
| LYMPHS, ABS. COUNT | 3.95 | | 0.41-5.66 | x10(3)/uL | 4.37 | 01/29/2013 |
| MONOS | 11.5 | | 0.0-13.0 | % | 8.2 | 01/29/2013 |
| MONOS, ABS. COUNT | 0.68 | | 0.17-1.42 | x10(3)/uL | 0.54 | 01/29/2013 |
| EOS | 0.5 | | 0.0-8.0 | % | 0.9 | 01/29/2013 |
| EOS, ABS. COUNT | 0.03 | | 0.03-0.94 | x10(3)/uL | 0.06 | 01/29/2013 |

17



# BioReference
## LABORATORIES

| | | |
|---|---|---|
| **D** **O** **C** **T** **O** **R** | BERNARD, CLEMENT<br>T0318 - CORCMS NORTHEAST<br>5249 HIGHWAY 67 WEST,<br>MOUNTAIN CITY, TN 37683<br>Acct #: (T0318)          MO<br>P: 423-727-7387 | |

| **P** **A** **T** **I** **E** **N** **T** | DEAN, FRED<br>DOB:   09/17/1959   Age: 53 Yrs<br>Sex:  M<br>Medical Record:<br>Inmate ID:      244104<br>Address:<br>              , TN<br>P: |
|---|---|

| **S** **A** **M** **P** **L** **E** | Specimen ID: 104928914<br>Date Of Report: 05/18/2013 06:38<br>Date Collected: 05/17/2013 04:04<br>Date Received:  05/17/2013 23:34 |
|---|---|

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| BASOS | 0.3 | | 0.0-2.0 | % | 0.5 | 01/29/2013 |
| BASOS, ABS. COUNT | 0.02 | | 0.00-0.24 | x10(3)/uL | 0.03 | 01/29/2013 |
| IMMATURE GRANULOCYTES | 0.0 | | 0.0-1.6 | % | 0.2 | 01/29/2013 |
| Platelet Count | 215 | | 144-400 | x10(3)/uL | 222 | 01/29/2013 |
| MPV | 11.2 | | 8.2-11.9 | fL | 12.0 HI | 01/29/2013 |

**NOTE:** One or more parameters of the CBC reported for this accession require a
MANUAL peripheral smear differential review and/or cell count. This has been
performed as per our protocol and commented on the report, if necessary. This
review also included RBC morphology and platelet estimation.



18

BioReference Laboratories, Inc.
481 Edward H.Ross Drive | Elmwood Park, NJ 07407 |(800) 229-5227

James Weisberger, M.D.
Laboratory Director          Printed 05/18/2013 07:18

Page 3 of    3



**FINAL REPORT**

| | | |
|---|---|---|
| **D O C T O R** | MOORE, DAVID | DEAN, FRED |
| | T0318 - CMS NORTHEAST | DOB: 09/17/1959  Age: 53 Yrs |
| | 5249 HIGHWAY 67 WEST, | Sex: M |
| | MOUNTAIN CITY, TN 37683 | Medical Record: |
| | Acct #: (T0318)          MO | Inmate ID:   244104 |
| | | Address: |
| | P: 423-727-7387 | , TN |
| | | P: |

**Specimen ID:** 103142196
**Date Of Report:** 01/30/2013 06:59
**Date Collected:** 01/29/2013 07:45
**Date Received:** 01/29/2013 23:49

## CLINICAL REPORT

------* HEMATOLOGY *--------

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| WBC | 6.59 | | 3.40-11.80 | x10(3)/uL | 7.10 | 08/24/2012 |
| RBC | 4.56 | | 4.20-5.90 | x10(6)/uL | 4.24 | 08/24/2012 |
| HGB | 12.8 | | 12.3-17.0 | gm/dL | 11.4 LO | 08/24/2012 |
| HCT | | 37.5 LO | 39.3-52.5 | % | 35.0 LO | 08/24/2012 |
| MCV | 82.2 | | 80.0-100.0 | fL | 82.5 | 08/24/2012 |
| MCH | 28.1 | | 25.0-34.1 | pg | 26.9 | 08/24/2012 |
| MCHC | 34.1 | | 29.0-35.0 | gm/dL | 32.6 | 08/24/2012 |
| RDW | 14.1 | | 10.9-16.9 | % | 14.0 | 08/24/2012 |
| POLYS | | 23.9 LO | 36.0-78.0 | % | 29.8 LO | 08/24/2012 |
| POLYS, ABS. COUNT | 1.58 | | 1.22-9.20 | x10(3)/uL | 2.11 | 08/24/2012 |
| LYMPHS | | 66.3 HI | 12.0-48.0 | % | 59.0 HI | 08/24/2012 |
| LYMPHS, ABS. COUNT | 4.37 | | 0.41-5.66 | x10(3)/uL | 4.19 | 08/24/2012 |
| MONOS | 8.2 | | 0.0-13.0 | % | 9.7 | 08/24/2012 |
| MONOS, ABS. COUNT | 0.54 | | 0.17-1.42 | x10(3)/uL | 0.69 | 08/24/2012 |
| EOS | 0.9 | | 0.0-8.0 | % | 1.0 | 08/24/2012 |
| EOS, ABS. COUNT | 0.06 | | 0.03-0.94 | x10(3)/uL | 0.07 | 08/24/2012 |
| BASOS | 0.5 | | 0.0-2.0 | % | 0.4 | 08/24/2012 |
| BASOS, ABS. COUNT | 0.03 | | 0.00-0.24 | x10(3)/uL | 0.03 | 08/24/2012 |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.6 | % | 0.1 | 08/24/2012 |
| Platelet Count | 222 | | 144-400 | x10(3)/uL | 249 | 08/24/2012 |
| MPV | | 12.0 HI | 8.2-11.9 | fL | 11.5 | 08/24/2012 |

POIKILOCYTOSIS 2+

NOTE: One or more parameters of the CBC reported for this accession require a
MANUAL peripheral smear differential review and/or cell count. This has been
performed as per our protocol and commented on the report, if necessary. This
review also included RBC morphology and platelet estimation.

01-31-2013 P01:10

Katherine Goff, MD

BioReference Laboratories, Inc.                     James Weisberger, M.D.          Page 2 of   2
481 Edward H.Ross Drive | Elmwood Park, NJ 07407 | (800) 229-5227          Laboratory Director      Printed 01/30/2013

Case 3:13-cv-00091  Document 563  Filed 05/06/15  Page 24 of 28  PageID #: 4434

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 274-766-2195-1 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 9/17/1959

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| DEAN,FRED | | M | 49 / |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/30/2008 | 11:50 | 10/02/2008 | 10/03/2008 | 17:05 | 8946 |

**CLINICAL INFORMATION**
CD- 41295410023

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| SATOR I | | 244104 |

ACCOUNT: Riverbend Maximum
Security Institution
7475 Cockrill Bend Indr Rd
NASHVILLE          TN  37209-0000

ACCOUNT NUMBER: 41839940

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| HBsAb+Ag+HCVAb | | | | |
| HBsAg Screen | Confirm. indicated | | Negative | 01 |
| > HBsAg Confirmation | **Positive** | | | 01 |
| Hep B Surface Ab | <0.1 | Index Value | 0.00 - 0.99 | 01 |
| Status of Immunity | | | Anti-HBs Level | |

--------------------                         ---------------
Inconsistent with Immunity                    0.00 - 0.99
Consistent with Immunity                          >0.99

An Index Value of 1.00 is equivalent to 10 mIU/mL.
However the magnitude of the Index Value is not
indicative of the total amount of antibody present.

                    **Please note reference interval change**
> HCV Ab                >11.0  H   s/co ratio      0.0 - 0.9    01
  Positive
Indicates past or present HCV infection; Immunoblot testing not
performed. Samples with high s/co ratios (>10.9) confirm positive
(95%), but <5 out of 100 might represent false-positives. PCR testing
can be requested if indicated (requires an additional sample to be
submitted). Qualitative HCV RNA testing will differentiate active from
resolved infection.

Written Authorization                                              01
Written Authorization Received.
Authorization received from INNOCENTES SATOR 10-02-2008
Logged by Rhonda Shuffitt

LAB: 01 MB   LabCorp Birmingham              DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-1935

| Pat Name: DEAN,FRED | Pat ID: 244104 | Spec #: 274-766-2195-1 | Seq #: 8946 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges


| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 274-766-2195-0 | S | MB | COMPLETE | Page #: 1 |

### ADDITIONAL INFORMATION

FASTING: N
DOB: 9/17/1959

| CLINICAL INFORMATION | | |
|---|---|---|
| CD- 41295410023 | | |
| PHYSICIAN ID. | NPI | PATIENT ID. |
| SATOR I | | 244104 |

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| DEAN,FRED | | M | 49 / |
| PT. ADD.: | | | |

ACCOUNT: Riverbend Maximum
Security Institution
7475 Cockrill Bend Indr Rd
NASHVILLE    TN  37209-0000
ACCOUNT NUMBER:  41839940

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/30/2008 | 11:50 | 9/30/2008 | 10/01/2008 | 17:05 | 8937 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| WBC | 5.9 | x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.42 | x10E6/uL | 4.10 - 5.60 | 01 |
| > Hemoglobin | 12.0L | g/dL | 12.5 - 17.0 | 01 |
| Hematocrit | 37.2 | % | 36.0 - 50.0 | 01 |
| MCV | 84 | fL | 80 - 98 | 01 |
| MCH | 27.2 | pg | 27.0 - 34.0 | 01 |
| MCHC | 32.3 | g/dL | 32.0 - 36.0 | 01 |
| RDW | 13.6 | % | 11.7 - 15.0 | 01 |
| Platelets | 222 | x10E3/uL | 140 - 415 | 01 |
| > Neutrophils | 31 L | % | 40 - 74 | 01 |
| > Lymphs | 60 H | % | 14 - 46 | 01 |
| Monocytes | 8 | % | 4 - 13 | 01 |
| Eos | 1 | % | 0 - 7 | 01 |
| Basos | 0 | % | 0 - 3 | 01 |
| Neutrophils (Absolute) | 1.8 | x10E3/uL | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 3.5 | x10E3/uL | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | 01 |
| Comp. Metabolic Panel (14) | | | | |
| Glucose, Serum | 79 | mg/dL | 65 - 99 | 01 |
| BUN | 12 | mg/dL | 5 - 26 | 01 |
| Creatinine, Serum | 1.11 | mg/dL | 0.76 - 1.27 | 01 |
| Glom Filt Rate, Est | >59 | mL/min/1.73 | 60 - 137 | |
| If African-American | >59 | mL/min/1.73 | 60 - 137 | |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| BUN/Creatinine Ratio | 11 | | 8 - 27 | |
|---|---|---|---|---|
| Sodium, Serum | 138 | mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 5.0 | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 101 | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 22 | mmol/L | 20 - 32 | 01 |
| Calcium, Serum | 9.7 | mg/dL | 8.5 - 10.6 | 01 |
| Protein, Total, Serum | 7.9 | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 3.3 | g/dL | 1.5 - | |

Innocentes Sator, M.D.

| Pat Name: DEAN,FRED | Pat ID: 244104 | Spec #: 274-766-2195-0 | Seq #: 8937 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Case 3:13-cv-00091   Document 563   Filed 05/06/15   Page 26 of 28 PageID #: 4436


| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 274-766-2195-0 | S | MB | COMPLETE | Page #: | 2 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 9/17/1959

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| DEAN,FRED | M | 49 / |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/30/2008 | 11:50 | 9/30/2008 | 10/01/2008 | 17:05 | 8937 |

**CLINICAL INFORMATION**
CD- 41295410023

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| SATOR  I | | 244104 |

ACCOUNT: Riverbend Maximum
Security Institution
7475 Cockrill Bend Indr Rd
NASHVILLE    TN  37209-0000
ACCOUNT NUMBER:  41839940

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| A/G Ratio | 1.4 | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4    mg/dL | 0.1 - 1.2 | 01 |
| Alkaline Phosphatase, S | 115    IU/L | 25  - 150 | 01 |
| AST (SGOT) | 39    IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 45    IU/L | 0  - 55 | 01 |
| Iron and TIBC | | | |
| Iron Bind.Cap.(TIBC) | 322    ug/dL | 250 - 450 | |
| UIBC | 222    ug/dL | 150 - 375 | 01 |
| Iron, Serum | 100    ug/dL | 40 - 155 | 01 |
| Iron Saturation | 31    % | 15 - 55 | |
| Thyroid Panel With TSH | | | |
| TSH | 1.637    uIU/mL | 0.450 - 4.500 | 01 |
| Thyroxine (T4) | 9.7    ug/dL | 4.5 - 12.0 | 01 |
| > **T3 Uptake** | **22 L    %** | **24 - 39** | **01** |
| Free Thyroxine Index | 2.1 | 1.2 - 4.9 | |
| Rheumatoid Arthritis Factor | | | |
| RA Latex Turbid. | <7.0    IU/mL | 0.0 - 13.9 | 01 |
| Uric Acid, Serum | 6.5    mg/dL | 2.4 - 8.2 | 01 |
| Sedimentation Rate-Westergren | 4    mm/hr | 0 - 15 | 01 |
| HBsAg Screen | Confirm. indicated | Negative | 01 |
| > **HBsAg Confirmation** | **Positive** | | **01** |

LAB: 01 MB    LabCorp Birmingham        DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-1935

Innocentes Sator

10-6-08

| Pat Name:  DEAN,FRED | Pat ID:  244104 | Spec #:  274-766-2195-0 | Seq #:  8937 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

# Hepatitis C Workup and Treatment Guidelines
## Tennessee Region

**Hepatitis C Immunoassay Positive**
**Initial Assumptions:**
- No unstable medical and mental health conditions;
- No contraindication to interferon (Ribavirin if can't use monotherapy in genotype 2,3)
- **Genotypes 1, 4, and 6** – treatment would proceed if earliest release date is **>15 months;**
- **Genotypes 2, 3** – treatment would proceed if earliest release date is **> 9 months;**
- Patient has not refused

**Physical Exam**
- Determine if any or all of the following are present and what severity: Encephalopathy; Hepatomegaly; and Asterixis. Also evidence of CHF or volume overload.

**Laboratory studies to order**
- Order HCV Genotype
- Order hemoglobin; MCV; Absolute Neutrophil Count (ANC); Platelet count; Alkaline Phosphatase; Total Bilirubin; ALT; AST; Albumin; and PT / INR
- Order HCV RNA (Viral Load) at $\leq$ 2 months before treatment initiation.

**Determine the stage of fibrosis using the SAFE Algorithm**
- Primarily in genotype 1
- Calculate the APRI (AST/LPT Ratio Index) then use the SAFE Algorithm
- **Caveat – Genotype 2, 3** – Routinely no fibrosis evaluation is needed so no need to use the SAFE Algorithm UNLESS a high suspicion of cirrhosis. Then the algorithm is used.

**Determine the Severity of Cirrhosis** (well compensated; significant functional compromise, or decompensated). Therefore, use the CTP below only if cirrhosis is present.
- Use the CTP (Child-Turcotte-Pugh) Score

**Decide on Therapy (Dual vs Triple)**
**Triple Therapy**
- Only Genotype 1, Stage 4/Cirrhosis patients AND declining platelet count and/or evidence of liver dysfunction. Everyone else would be dual therapy.
**Dual Therapy**
- All Genotypes 2,3 (but can prioritize by treating only those with cirrhosis)
- Prioritize Genotypes 1, 4, and 6 (stages 2 – 4)

**Exclusion criteria**

| | |
|---|---|
| - Platelet count <70,000 <br> - ANC <1500 <br> - CTP Score $\geq$ 7 <br> - Contraindication to interferon <br> - Solid organ transplantation | - Unstable medical conditions (e.g. uncontrolled diabetes; COPD, and CHF) <br> - Unstable mental health conditions (e.g. depression) <br> - Ribavirin is contraindicated in patients with CrCl <50; pregnancy, and history of pancreatitis <br> - Hemoglobinopathies except sickle cell trait |

**Hepatoma Screening Hep C positive patients with cirrhosis**

| |
|---|
| - Ultrasound every 6 months in diabetics and non-diabetics |