**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **OMWALE ASHANTI SHABAZZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-cv-00091** |
| | ) | **JUDGE CRENSHAW** |
| **DERRICK SHOEFIELD,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Pending before the Court is a Report and Recommendation of the Magistrate Judge. (Doc. No. 662.) Defendants Ronald Higgs and Clement Bernard filed timely objections. (Doc. No. 670.) The Court has reviewed the Report and Recommendation, Defendants' objections, and conducted a de novo review of the record. For the reasons stated in the Magistrate Judge's previous Report and Recommendation (Doc. No. 661 at 6-8), it is a disputed fact as to whether Shabazz had chronic Hepatitis C and whether he needed to be treated with antiviral treatment. The Report and Recommendation is **ADOPTED**.

Accordingly, the Corizon Defendants' Motion for Summary Judgment (Doc. No. 629) is **GRANTED IN PART** with respect to Corizon, and **DENIED IN PART** with respect to Higgs and Bernard. Corizon is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE